**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kelly L. Miller                 CHAPTER 13

Debtor(s)

BKY. NO. 24-11626 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                     Respectfully submitted,

/s/ *Michael Farrington*

PA Eastern BK
20 May 2024, 16:54:05, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 0211fe15d562ba02b928a1e6131aa48ba24069cbcf68feeab690932bc8b8085f