**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : NO. 24-11626-PMM |
| | : |
| KELLY L. MILLER | : |
| Debtor | : CHAPTER 13 |
| | : |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS**

    Paul C. Bametzreider, attorney for Jonestown Bank & Trust Co., hereby enters his appearance in this case. As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, phone number, fax number and e-mail address are:

    Paul C. Bametzreider
    Barley Snyder
    1601 Cornwall Road
    Lebanon, PA  17042
    (717) 273-3733
    Fax:  (717) 273-1535
    e-mail: pbametzreider@barley.com

    You are hereby requested to give copies of all Notices required by Federal Rules of Bankruptcy Procedure, including Notices under Rule 2002(i), to the above attorney at his address shown above.

    You are also hereby requested pursuant to Federal Rule of Bankruptcy Procedure 3017(a) to serve copies filed by any party of all plans and disclosure statements upon the above attorney at the above address.

                                                   **BARLEY SNYDER**

                                                   _____
                                                   Paul C. Bametzreider
                                                   I.D. #55748
                                                   1601 Cornwall Road
                                                   Lebanon, PA  17042
                                                   (717) 273-3733

11836418.1