Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-11626-PMM**

Kelly L. Miller  
442 Pennsylvania Avenue  
Reading  PA   19606

Petition Filed Date: 05/14/2024  
341 Hearing Date: 07/09/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/21/2024 | $87.50 | | 07/08/2024 | $87.50 | | 07/22/2024 | $87.50 | |

**Total Receipts for the Period:  $262.50    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $437.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | TD RETAIL CREDIT SERVICES<br>»» 01S | Secured Creditors | $5,349.00 | $0.00 | $0.00 |
| 2 | TD RETAIL CREDIT SERVICES<br>»» 01U | Unsecured Creditors | $2,646.57 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $9,029.38 | $0.00 | $0.00 |
| 4 | JONESTOWN BANK & TRUST CO<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | US BANK NA<br>»» 004 | Unsecured Creditors | $10,060.73 | $0.00 | $0.00 |
| 6 | TD BANK USA NA<br>»» 005 | Unsecured Creditors | $2,421.85 | $0.00 | $0.00 |
| 7 | LOANCARE SERVICING CENTER<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11626-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $437.50 | Current Monthly Payment: | $175.00 |
| Paid to Claims: | $0.00 | Arrearages: | $87.50 |
| Paid to Trustee: | $43.75 | Total Plan Base: | $10,500.00 |
| Funds on Hand: | $393.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.