# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    KELLY L. MILLER | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 24-11626 PMM |

### CERTIFICATION OF NO OBJECTION

AND NOW, this 21st day of October, 2024, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated September 24, 2024 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  October 21, 2024
                                         s/   David S. Gellert
                                        David S. Gellert, Esquire
                                        David S. Gellert, P.C.
                                        3506 Perkiomen Avenue
                                        Reading, PA 19606
                                        (610) 779-8000
                                        dsgrdg@ptdprolog.net