United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Kelly L. Miller, Debtor

Case No. 24-11626-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly L. Miller, 442 Pennsylvania Avenue, Reading, PA 19606-9066 |
| 14882861 | + | Andrew W. Parsons, 442 Pennsylvania Avenue, Reading, PA 19606-9066 |
| 14894690 | + | Jonestown Bank & Trust Co, c/o PAUL C. BAMETZREIDER, Barley Snyder, 1601 Cornwall Rd, Lebanon, PA 17042-7406 |
| 14882866 | + | Jonestown Bank & Trust Co., 2 W. Market St., Jonestown, PA 17038-9628 |
| 14890286 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14882862 | | Email/Text: correspondence@credit-control.com | Nov 01 2024 00:09:00 | Credit Control, LLC, 3300 Rider Trail S, Ste. 500, Earth City, MO 63045 |
| 14882863 | | Email/Text: mrdiscen@discover.com | Nov 01 2024 00:08:00 | Discover Card, P. O. Box 30943, Salt Lake City, UT 84130 |
| 14892760 | | Email/Text: mrdiscen@discover.com | Nov 01 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14882865 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 01 2024 00:09:00 | Fulton Bank, Cardmember Service, P. O. Box 6335, Fargo, ND 58125-6335 |
| 14882867 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 01 2024 00:08:00 | Kohls/Capital One, P. O. Box 3115, Milwaukee, WI 53201-3115 |
| 14882868 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 01 2024 00:09:00 | Lakeview Loan Servicing LLC, P. O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14908671 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 01 2024 00:09:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14882869 | ^ | MEBN | Nov 01 2024 00:07:04 | Patenaude & Felix, APC, 9619 Chesapeake Dr., Ste. 300, San Diego, CA 92123-1392 |
| 14882870 | | Email/Text: bankruptcy@td.com | Nov 01 2024 00:09:00 | Raymour & Flanigan, P. O. Box 100114, Columbia, SC 29202-3114 |
| 14907772 | | Email/Text: bncmail@w-legal.com | Nov 01 2024 00:09:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14882871 | + | Email/Text: bncmail@w-legal.com | Nov 01 2024 00:09:00 | TD Bank USA, N.A., c/o Target Card Services, P. O. Box 9500, Minneapolis, MN 55440-9500 |
| 14891072 | + | Email/Text: tdebn@credbankserv.com | Nov 01 2024 00:09:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14905943 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 01 2024 00:09:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

Case 24-11626-pmm Doc 27 Filed 11/02/24 Entered 11/03/24 00:40:01 Desc Imaged
Certificate of Notice Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 31, 2024 | Form ID: 155 | Total Noticed: 19 |

| 14882864 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
|---|---|---|---|
| | | Nov 01 2024 00:09:00 | Elan Financial Services, P. O. Box 108, Saint Louis, MO 63166-9801 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2024                Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Kelly L. Miller dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| PAUL C. BAMETZREIDER | on behalf of Creditor Jonestown Bank & Trust Co. pbametzreider@barley.com  dhiggins-king@barley.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Kelly L. Miller<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11626−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 31, 2024                                                    For The Court

                                                                          Patricia M. Mayer
                                                                          Judge, United States Bankruptcy Court