Office Mailing Address:

Scott F. Waterman, Trustee

2901 St. Lawrence Avenue, Suite 100

Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee

P.O. Box 680

Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-11626-PMM**

Kelly L. Miller

442 Pennsylvania Avenue

Reading  PA    19606

Petition Filed Date: 05/14/2024

341 Hearing Date: 07/09/2024

Confirmation Date: 10/31/2024

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/06/2024 | $87.50 | | 08/20/2024 | $87.50 | | 09/04/2024 | $87.50 | |
| 09/20/2024 | $87.50 | | 10/04/2024 | $87.50 | | 10/22/2024 | $87.50 | |
| 11/04/2024 | $87.50 | | 11/20/2024 | $87.50 | | 12/05/2024 | $87.50 | |
| 12/20/2024 | $87.50 | | 01/06/2025 | $87.50 | | 01/21/2025 | $87.50 | |
| 02/03/2025 | $87.50 | | 02/24/2025 | $87.50 | | 03/06/2025 | $87.50 | |
| 03/20/2025 | $87.50 | | 04/07/2025 | $87.50 | | 04/23/2025 | $87.50 | |
| 05/05/2025 | $87.50 | | 05/20/2025 | $87.50 | | 06/03/2025 | $87.50 | |
| 06/23/2025 | $87.50 | | 07/07/2025 | $87.50 | | 07/21/2025 | $87.50 | |

**Total Receipts for the Period: $2,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,537.50**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $3,096.98 | $2,333.59 | $763.39 |
| 1 | TD RETAIL CREDIT SERVICES »» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TD RETAIL CREDIT SERVICES »» 01U | Unsecured Creditors | $2,646.57 | $0.00 | $2,646.57 |
| 3 | DISCOVER BANK »» 002 | Unsecured Creditors | $9,029.38 | $0.00 | $9,029.38 |
| 4 | JONESTOWN BANK & TRUST CO »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | US BANK NA »» 004 | Unsecured Creditors | $10,060.73 | $0.00 | $10,060.73 |
| 6 | TD BANK USA NA »» 005 | Unsecured Creditors | $2,421.85 | $0.00 | $2,421.85 |
| 7 | LOANCARE SERVICING CENTER »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | RAYMOUR & FLANIGAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11626-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,537.50 | Current Monthly Payment: | $175.00 |
| Paid to Claims: | $2,333.59 | Arrearages: | $87.50 |
| Paid to Trustee: | $203.91 | Total Plan Base: | $10,500.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.