Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kelly L. Miller
442 Pennsylvania Avenue
Reading, PA 19606

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-11626-PMM**

Petition Filed Date: 05/14/2024
341 Hearing Date: 07/09/2024
Confirmation Date: 10/31/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $87.50 | | 08/20/2025 | $87.50 | | 09/04/2025 | $87.50 | |
| 09/23/2025 | $87.50 | | 10/06/2025 | $87.50 | | 10/21/2025 | $87.50 | |
| 11/03/2025 | $87.50 | | 11/20/2025 | $87.50 | | 12/08/2025 | $87.50 | |
| 12/22/2025 | $87.50 | | 01/06/2026 | $87.50 | | 01/21/2026 | $87.50 | |
| 02/03/2026 | $87.50 | | 02/23/2026 | $87.50 | | 03/06/2026 | $87.50 | |
| 03/23/2026 | $87.50 | | 04/03/2026 | $87.50 | | 04/20/2026 | $87.50 | |
| 05/04/2026 | $87.50 | | 05/20/2026 | $87.50 | | 06/03/2026 | $87.50 | |
| 06/23/2026 | $87.50 | | 07/06/2026 | $87.50 | | 07/20/2026 | $87.50 | |

**Total Receipts for the Period: $2,100.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,637.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $3,096.98 | $3,096.98 | $0.00 |
| 1 | TD RETAIL CREDIT SERVICES<br>»» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TD RETAIL CREDIT SERVICES<br>»» 01U | Unsecured Creditors | $2,646.57 | $129.13 | $2,517.44 |
| 3 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $9,029.38 | $440.55 | $8,588.83 |
| 4 | JONESTOWN BANK & TRUST CO<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | US BANK NA<br>»» 004 | Unsecured Creditors | $10,060.73 | $490.88 | $9,569.85 |
| 6 | TD BANK USA NA<br>»» 005 | Unsecured Creditors | $2,421.85 | $118.15 | $2,303.70 |
| 7 | LOANCARE SERVICING CENTER<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | RAYMOUR & FLANIGAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11626-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,637.50 | Current Monthly Payment: | $175.00 |
| Paid to Claims: | $4,275.69 | Arrearages: | $87.50 |
| Paid to Trustee: | $361.81 | Total Plan Base: | $10,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.